EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
| | 2024 TSPR 134 |
| Juan G. Colón Rivera | 215 DPR ___ |

Número del Caso:  TS-13,693


Fecha:  17 de diciembre de 2024


Representante legal del peticionario:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | TS-13,693 | |
|---|---|---|
| Juan G. Colón Rivera | | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 17 De diciembre de 2024.

Examinada la *Moción en cumplimiento de orden* que presentó el Sr. Juan G. Colón Rivera, se toma conocimiento de la misma y, consecuentemente, se autoriza la reinstalación del señor Colón Rivera a la práctica de la abogacía.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y el Juez Asociado señor Kolthoff Caraballo no intervinieron.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo